To: Deputy Clerk

RECEIVED FILED
MAR - 7 2008   MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3.4.08

Dear Mr Richard W. Wieking, I'm writing you to inform you that I submitted a complaint, case number: C074662-. On September 7, 2007 it was filed. I was sent a form stating that the Informa Pauperis Application I submitted was insufficient because I did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. I returned the Informa Pauperis Application signed by an authorized officer at Salinas Valley State Prison. Within the thirty days of the filing date stamped on my complaint. I would like to know if the court recieved my application of the "signed" application? I have yet to recieve any type of response from defendants of my complaint, or the court. With this letter I am enclosing a "Decleration for Entry of Default". I also would like to inform the court that I have been transferred to another institution. My old address was: Jahir Rojas #P58734
D-9-110, Salinas Valley State Prison
P.O. Box 1050, Soledad, CA 93960-1050

My "New" and Current Address Is: Jahir Rojas #P58734
Corcoran State Prison
SHU 4A-4R-13R
PO Box 3476
Corcoran CA. 93212-3476

Thank you for your time and I eagerly await your response.
Respectfully,
Date: 3.4.08

JAiME Rojas #P58734
Corcoran State Prison
Corcoran SHU-4A-4R-13R
P.O. Box 3476
Corcoran CA.
93212-3476

BAKERSFIELD CA 933
MOJAVE CA
06 MAR 2008 PM 4 L

LET US NEVER
THINK, SPEAK
John Adams, 1

Office of the Clerk, U.S. District Court
Northern District of California Court
450 Golden Gate Avenue
San Francisco California,
— 94102 —
ATTN: Deputy Clerk Richard W. Wieking

LEGAL MAIL ONLY

In the United States District Court for the Northern District of California San Fransisco Division

Jahir Alberto Rojas,

    Plaintiff,

v.

D. Sandoval, R. Loza, R. Singh, et al.,

Defendants

Civil Action No. C07 4662

DECLARATION FOR ENTRY OF DEFAULT

Jahir Alberto Rojas, hereby declares:

I am Plaintiff herein. The Complaint herein was filed on the 7TH of SEPTEMBER, 2007. The Court files and record herein show that the Defendants were served by the United States Marshal with a copy of Summons, and a copy of the Plaintiffs Complaint on the _____ of _____ 2007.

More than 20 days have elapsed since the date on which the defendants herein were served with summons and a copy of Plaintiffs' Complaint excluding the date thereof. The Defendants have failed to answer or otherwise defend as to Plaintiffs Complaint or serve a copy of any answer or any defense which it might have had, upon affiant or any other Plaintiff herein.

Defendants are not in the Military service and are not infants or incompetents.

I declare under Penalty of Perjury that the foregoing is true and correct.

Executed at CORCORAN California on MARCH. 4, 2008

Signature: /s/ Jahir Rojas

(JAHIR ROJAS)