AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Jahir Alberto Rojas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4662 MMC

V.

Correctional Officer R. Loza, et al.,

TO:

Correctional Officer R. Loza,  
Correctional Officer R. Singh,  
Correctional Officer D. Sandoval  

all at:  
Salinas Valley State Prison  
P.O. Box 1020  
Soledad, CA  93960-1020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Jahir Alberto Rojas  
P-58734  
Salinas Valley State Prison  
P.O. Box 1050  
Soledad, CA  93960-1050

an answer to the complaint which is herewith served upon you, within 90 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking  
CLERK

04-29-08  
DATE

Alfred Amistoso  
(BY) DEPUTY CLERK