IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

1  JAHIR ALBERTO ROJAS
2      PLAINTIFF,
3      V.                                Civil Action No. C07-4662 MMC(PR)
4  R. LOZA, CORRECTIONAL OFFICER, R.
   SINGH, CORRECTIONAL OFFICER, D. SANDOVAL,
   CORRECTIONAL OFFICER,
5               DEFENDANTS
6      DECLARATION FOR ENTRY OF DEFAULT
7  JAHIR ALBERTO ROJAS HEREBY DECLARES: I AM PLAINTIFF HEREIN. THE COMPLAINT HEREIN
8  WAS FILED ON THE 10TH, OF SEPTEMBER, 2007. THE COURT FILES AND RECORD HEREIN SHOW
9  THAT THE DEFENDANTS WERE SERVED BY THE UNITED STATES MARSHAL WITH A COPY
10 OF SUMMONS, AND A COPY OF THE PLAINTIFF'S COMPLAINT ON THE 28TH, OF APRIL,
11 2008.
12 MORE THAN 20 DAYS HAVE ELAPSED SINCE THE DATE ON WHICH THE DEFENDANTS
13 HEREIN WERE SERVED WITH SUMMONS AND A COPY OF PLAINTIFF'S COMPLAINT, EX-
14 CLUDING THE DATE THEREOF.
15 THE DEFENDANTS HAVE FAILED TO ANSWER OR OTHERWISE DEFEND AS TO PLAINTIFF'S
16 COMPLAINT, OR SERVE A COPY OF ANY ANSWER OR ANY DEFENSE WHICH IT
17 MIGHT HAVE HAD, UPON AFFIANT OR ANY OTHER PLAINTIFF HEREIN.
18 DEFENDANTS ARE NOT IN THE MILITARY SERVICE AND ARE NOT INFANTS OR
19 INCOMPETENTS.
20
21 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
22 AND CORRECT. EXECUTED AT CORCORAN CALIFORNIA ON 7/9/08
23
24 _____
   SIGNATURE
25
26
27
28

FILED

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:

I am over 18 years of age, and a party to the within action.

My address is: Corcoran State Prison - Corcoran SHU - 4AYR-13R PO Box 3476 Corcoran CA. 93212-3476

On July 9th, 2008, I served a copy of the attached Declaration For Entry of Default, A letter stating my change of address

On the below-named persons by placing a true copy thereof in envelope addressed as follows, with first class postage thereon fully prepaid, and delivering the sealed envelopes, according to the procedures prescribed for sending legal mail, to the proper institutional official for deposit in the United States mail at Corcoran, in the County of Kings, California.

Deputy Clerk Richard W. Wieking of the U.S. District Court - Northern District

Executed under penalty of perjury this 9TH day of July, 2008, at Corcoran, California.

DECLARANT

To: Richard W. Wieking – Clerk U.S. District Court – Northern District.

Greetings I'm writing you to inform you that I have changed addresses. My old address was: Salinas Valley State Prison D-9-110 P.O. Box 1050, Soledad C.A. 93960-1050. My current address is: Jaime Rojas #P58734, Corcoran State Prison – SHU-4A-4R-13R, P.O. Box 3476 Corcoran CA 93212. Along with this note I'm enclosing a "Declaration For Entry of Default." My case no. is C07 4662. Thank you for your time. Respectfully,

[signature]

7-9-08



BAKERSFIELD CA 933
MOJAVE CA
10 JUL 2008 PM 2 L

Attn: Deputy Clerk Richard W. Wieking
Office of the Clerk, U.S. District Court
Northern District of California Court
450 Golden Gate Avenue San Francisco
CA. 94102 —

LEGAL MAIL ONLY

Jahir Rojas #P50734
Corcoran State Prison
Corcoran SHU 4A-4R-13R
P.O. Box 3476
Corcoran CA. 93212-3476 —

STATE
PRISON
CORCORAN

C/O Jo Lauri 7-9-08

Case 3:07-cv-04662-MMC    Document 10    Filed 07/14/2008    Page 5 of 5