1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CYNTHIA C. FRITZ, State Bar No. 200147
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5793
     Fax: (415) 703-5843
8    Email: Cynthia.Fritz@doj.ca.gov

9  Attorneys for Defendants R. Loza, R. Singh and D.
   Sandoval

10

11                  IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  **JAHIR ALBERTO ROJAS,** | C 07-4662 MMC |
| 16                                    Plaintiff, | **DECLARATION OF E. MEDINA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| 17               v. | |
| 18  **R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional** | |
| 19  **Officer,** | |
| 20                                  Defendants. | |

21

22         I, E. MEDINA, declare as follows:

23         1.    I am employed by the California Department of Corrections and Rehabilitation

24  (CDCR) as an Inmate Appeals Coordinator at Salinas Valley State Prison (Salinas Valley).  My

25  job duties include processing inmate appeals (Form CDC 602), assigning appeals to the

26  appropriate staff, and monitoring and maintaining the computer database in the Salinas Valley

27  Inmate Appeals Office.  I am competent to testify to the matters set forth in this declaration, and

28  if called upon to do so, I would and could so testify.  I submit this declaration in support of

Decl. of E. Medina in Supp. Mot. to Dismiss                                    *Rojas v. Loza, et al.*
                                                                                C 07-4662 MMC

1   Defendants' Motion to Dismiss.

2       2.   Form CDC 602 appeals that meet the criteria for review under the California Code of

3   Regulations, and have been submitted for review, are recorded in the Inmate Appeals Office

4   computer database. The recording is made at or near the time the inmate appeal is received by

5   me or another employee with personal knowledge of the appeal process. The database is kept in

6   the course of regularly conducted business activity and every effort is made to maintain the

7   accuracy and integrity of each record maintained.

8       3.   I have searched the Salinas Valley Inmate Appeals Office's computer database for all

9   records of appeals filed by inmate Jahir Rojas, CDCR number P-58734.

10      4.   Attached as Exhibit A is a true and correct copy of the computer printout from Salinas

11  Valley's Inmate Appeals Office showing Inmate Rojas' appeals history through May 28, 2008.

12  The inmate appeals are tracked by the status report in Exhibit A.

13      5.   Attached as Exhibit B is a true and correct copy of the appeal bearing institutional log

14  number SVSP-D-07-01389 (Appeal). The Appeal was received by the inmate appeals office on

15  March 28, 2007 as a staff complaint. Any CDC 602 form submitted as a staff complaint

16  bypasses the informal level of review under Cal. Code Regs. tit. 15, § 3084.5(g). The Appeal

17  was screened out for untimeliness because it was not filed within fifteen working days of the

18  event as required by Cal. Code Regs. tit. 15, § 3084.6(c).

19      6.   Attached as Exhibit C is a true and correct copy of the Rules Violation Report, C07-02-

20  0023, dated February 19, 2007, against inmate Rojas for battery on a peace officer that occurred

21  on February 12, 2007. Inmate Rojas was found guilty of the rules violation.

22          I declare under penalty of perjury that the foregoing is true and correct. Executed at

23  Soledad, California, on ___June 12___, 2008.

24

25

26                                          E. MEDINA

27

28

Decl. of E. Medina in Supp. Mot. to Dismiss                    Rojas v. Loza, et al.
                                                               C 07-4662 MMC

                                    2

# EXHIBIT A

Salinas Valley State Prison

05/28/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II

### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| P58734 | ROJAS, J | R&R | PROPERTY | SVSP-C- | |
| Informal Review: | Received: 07/06/2004 | Due: | Completed: 08/12/2004 | Disposition: WITHDRAWN | |
| P58734 | ROJAS, J | FAC. C 5 | PROGRAM | SVSP-C- | |
| Informal Review: | Received: 10/05/2006 | Due: 10/20/2006 | Completed: 10/20/2006 | Disposition: DENIED | |
| P58734 | ROJAS, J | FAC. C 5 | MEDICAL | SVSP-C- | |
| P58734 | ROJAS, J | FAC. C 5 | MEDICAL | SVSP-C- | |
| P58734 | ROJAS, J | FAC. D 2 | STAFF COMPLAINTS | SVSP-D- | |
| P58734 | ROJAS, J | FAC. D 2 | STAFF COMPLAINTS | SVSP-D-07-01389 | |
| Level I Review: | Received: 03/28/2007 | Due: 05/09/2007 | Completed: 04/24/2007 | Disposition: SCREENED OUT | |
| P58734 | ROJAS, J | D9 AD-SEG | PROPERTY | SVSP-D-07-03845 | |
| Level I Review: | Received: 08/28/2007 | Due: 11/02/2007 | Completed: 10/24/2007 | Disposition: GRANTED IN PART | |
| P58734 | ROJAS, J | D9 AD-SEG | SEGREGATION HEARINGS | SVSP-D-07-04084 | |
| Level I Review: | Received: 09/14/2007 | Due: 10/29/2007 | Completed: 09/27/2007 | Disposition: GRANTED IN PART | |

Total: 8

# EXHIBIT B

EXHIBIT

D

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region ___  Log No. ___  Category ___

1. SVSP d    1. 07.01389    1. 7
2. ___    2. ___
3. ___    3. ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Misuse of force    2/12/07

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUM |
|------|--------|-----------|---------------|
| ② ROJAS J. | P57734 | N/A | D2-111 |

**A. Describe Problem:** ON FEBRUARY 12, 2007 THE SPECIFIC ACT OF EXCESSIVE USE OF FORCE WAS USED AGAINST ME. WHILE OFFICE IOZA APPLIED FLEXCUFFS ON ME IN A MANNER WHICH CAUSED UNDUE PHYSICAL DISCOMFORT & SO CAUSED RESTRICTION OF BLOOD FLOW TO MY WRISTS c/o IOZA PROCEEDED TO LIFT ME OFF THE GROUND FROM THE FLEXCUFFS ASSISTING c/o IOZA WAS c/o SINGH, CAUSING THE FLEXCUFFS TO DIG INTO MY WRISTS. AS THEY LIFTED ME UP OFF THE GROUND THEY PROCEEDED TO SWING ME HARSHLY CAUSING ME TO LOSE MY FOOTING WHICH THEY REACTED TO AND IMMEDIATELY SWING ME OVER AND SLAMMED ME TO THE GROUND ONCE I WAS DOWN I REMAINED SO ON THE GROUND IN AN UNRESISTIVE MANNER. c/o IOZA AND c/o SINGH BACKED AWAY FROM ME AT WHICH POINT c/o IOZA BEGAN TO PEPPER SPRAY M IN MY FACIAL AREA CAUSING ME TO CHOKE UP AND FEEL A BURNING SENSATION TO MY FACIAL AREA MOUTH ES

If you need more space, attach one additional sheet.

**B. Action Requested:** I'M SEEKING REDRESS IN MONETARY DAMAGES (NOMINAL, COMPENSATORY, PUNITIVE) AGAINST PRISON OFFICIALS IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, MENTAL HUMILIATION, MENTAL ANGUISH, SUFFERING ASSAULT AND BATTERY NECK INJURY AND PAIN BACK INJURY AND PAIN BESIDES AND CALLOUS DISREGARD FOR MY STATE AND FED ERAL RIGHTS AS WELL AS INTENTIONAL VIOLATION OF STATE AND FEDERAL LAW AND WILLFUL AND MALICIOUS INTENT IN USING OF FORCE ON EXERCISING A PENALT.

Inmate/Parolee Signature: _[signature]_    Date Submitted: 2-28-07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

_____

_____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

RECEIVED MAR 2 8 2007

received another 602 that was 3/6/07.

A2-1

RECEIVED MAR 2 2007 APPEALS BRANCH

E. REVIEWER'S ACTION (Complete within 15 working days); Date assigned: 3/29/07    Due Date: 5/9/07

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

APPELLANT SEEKS REDRESS FOR NOMINAL PUNITIVE AND COMPENSATORY
DAMAGES, AND WAS NOT RELIEVED OF THE AFFOREMENTIONED
REQUESTED IN THE (1)LEVEL RESPONSE. THERE HAS BEEN
NO TYPE OF ATTEMPT TO RESOLVE MY GRIEVANCE THEREFORE IM REQUESTING
(2)LEVEL RESPONSE.

Signature: _____    DELIVERED APR 25 2007    Date Submitted: 4/10/07

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days); Date assigned: APR 2 6 2007    Due Date: RECEIVED APR 1 1 2007
DELIVERED APR 2 6 2007
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt response.

APPELLANT IS STILL DISSATISFIED. THE (1) AND (2) LEVELS OF REVIEW
THEY HAVE NOT MADE ANY ATTEMPT TO RESOLVE MY GRIEVANCE INSTEAD
ALLEGING THAT I DO NOT MEET TIME CONSTRAINTS. THE DATE I SUBMITED
THIS (602) WAS ON (2-28-07) WHICH IS CLEARLY SHOWN ON THE 602. ALSO
WHICH IS IN ACCORDANCE WITH THE TIME CONSTRAINTS AS NOTED ON THE
TITLE 15 SECTION 3084.6 #(c). IM STILL SEEKING RELIEF FROM THIS ISSUE.

Signature: _____    Date Submitted: 4·25·07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

EXHIBIT F

(2)

er I was lifted up off the floor this time by my arms, and was escorted off Fac "C" Figure

on yard towards Fac "C" Hobby Shop Area. C/o's later identified as c/o Loza Badge #69912 and

same c/o Sandoval Badge #66685, rammed me against the wall and began to strike me in my upper

and lower torso with clenched fists, kneeing and kicking me as well. In a malicious and sad-

ic manner. All the while my hands being under restraints with flexcuffs. These wanton

and unnecessary inflictions caused me a great deal of pain to my head, face, neck and back. Caus-

ng abrasions, bruises and swelling to my face and back. I had to receive first aid treatment.

These c/o's blatantly and callously disregarded my California Constitutional Rights as well as

my 8th Amendment Right, to cruel and/or unusual punishment. These malicious actions of

assaulting me all the while being under restraints, unresisting, and unarmed was

and is a testimony to my rights being violated. These manner from the begining

of the incident, in which they ordered me to "crawl backwards" like some

type of animal and the way they addressed me, caused me a great deal of humiliation,

and now to add insult to injury their causing me mental anguish due to their

false accusations towards me. One stating that I "battered" him with my left elbow

to his right rib cage, also that while under his escort "I broke free from his grasp and

took him down to the ground were he commenced to land on top of me" (the

fore mentioned being what c/o Loza stated). Another (c/o Sandoval) stating that as

he opened the door to the holding cell room, I began to shake my upper body

and both arms in a left to right motion causing him to lose control of my left arm.

No such incident occured. While under these c/o's escort, I was not

even put into a "holding cell room". For that matter not even to the "C" health

annex. I was taken into the hobby shop area Fac "C", were there are "holding

cages". There would not even be room for me to fall forward and land

on the floor. In one of those holding cages, let alone another body.

If that were the case c/o Loza would have sustained abrasions to some

portion of his body, due to the lack of space of the holding cage.

In addition there was a third c/o in which I am still not able to

identify. But nonetheless the 3rd unidentified c/o was present throughout

DOVAL SAYING TO THEM. NOT RIGHT HERE STUPID MOTHERFUCKERS, NOT RIGHT HERE STUPID!" WHEN HE SAID "NOT RIGHT HERE STUPID." HE WAS ADDRESSING C/O BZA AND HAD PUSHED C/O LOZA AWAY FROM ME, WHILE C/O SANDOVAL HAD CEASED HIS ASSAULT ON ME AND TOOK A COUPLE STEPS BACK. THE 3RD C/O THEN COMMENCED TO LIFT ME UP OFF THE FLOOR ROUGHLY AND SHOVED ME HARD INTO A HOLDING CAGE INSIDE THE HOBBY SHOP. THERE IN THAT HOLDING CAGE I WAS TREATED FOR MY INJURIES. AND AFTER TAKEN DIRECTLY TO ADMINSTRATIVE SEGRE 3ATION HOUSING UNIT D2-111. FURTHER MORE THERE IS A VIDEOTAPE WERE I CLEARLY SHOWS MY INJURIES, IT WAS TAKEN BY FAC "C'OR D' PROGRAM LTENANT BARROGA WHEN INTERVIEWED BY HIM. TO THIS GRIEVANCE I'M SUBMITTING THE FOLLOWING ISSUS, A COPY OF MY CDC 115 RULES VIOLATION REPORT, A COPY OF MY TR SVP FCY-07-02-0105 PACKET, AND AN ALLEGATION F MISCONDUCT BY A PEACE OFFICER FORM.

# EXHIBIT C

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER P-58734 | INMATE'S NAME ROJAS | | RELEASE/BOARD DATE 1/4/11 | INST. S.V.S.P. | HOUSING NO. C5-204 | LOG NO. C07-02-0023 |
|---|---|---|---|---|---|---|
| VIOLATED RULE NO(S). C.C.R. $3005(c) | SPECIFIC ACTS Battery on a Peace Officer | | | LOCATION Fac "C" Yard #2 | DATE 02/12/07 | TIME 1515 Hrs. |

CIRCUMSTANCES On Monday, February 12, 2007, at approximately 1515 hours, while performing my duties as Facility "C" Yard #1 Officer #2, I responded to a disturbance on the Facility "C" Yard #2 exercise yard. I was informed the yard was in a prone position due to a massive grouping between approximately 140 black and southern Hispanic inmates, which resulted in a standoff, where all inmates refused to leave the yard for yard recall. I was assigned to an arrest team to assist the systematic recall of the yard. All inmates were compliant with staff instructions to crawl backwards towards the skirmish line, formed by responding staff and submit to flex cuffs, until we reached Inmate ROJAS, (P-58734, C5204), who was later identified by his state identification card. ROJAS refused several direct orders to remain prone and began advancing towards staff with clenched fists. After several orders to stop and assume a prone position on the ground, ROJAS complied. (Con't see CDC-115-C)

Inmate ROJAS [is] [is not] a participant in the Mental Health Services Delivery System and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) R. Loza, Correctional Officer | DATE 2-15-07 | ASSIGNMENT "C" Yard #1 Officer #2 | RDO'S S/S |
|---|---|---|---|

| REVIEWING SUPERVISOR'S SIGNATURE | DATE 2/15/07 | ☐ INMATE SEGREGATED PENDING HEARING | | |
|---|---|---|---|---|
| | | DATE | LOC. | |

| CLASSIFIED ☐ ADMINISTRATIVE ☒ SERIOUS | OFFENSE DIVISION: B | DATE 2/20/07 | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO ☐ HO  ☒ SHO  ☐ SC  ☐ FC |
|---|---|---|---|---|

### COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE 02/23/07 | TIME 2000 | TITLE OF SUPPLEMENT I E | | |
|---|---|---|---|---|---|---|
| ☒ INCIDENT REPORT LOG NUMBER: SVP FCY-07-02-0105 | BY: (STAFF'S SIGNATURE) M. L | DATE 2/27/07 | TIME 1450 | BY: (STAFF'S SIGNATURE) | DATE 9/5/07 | TIME 1800 |

**HEARING** I/m ROJAS VIEWED VIDEOTAPE OF INCIDENT ON 9/5/07, HEARING WAS POSTPONED TO AFFORD I/m ROJAS, 24 HR. PREPERATION TIME.                                          X _____

**Plea:** The charges were read aloud as written to Inmate Rojas, who acknowledged understanding the charges and who entered a plea of: Not Guilty.

**Findings:** Inmate Rojas was found Guilty of violating CCR§ 3005(c); specifically, "Battery on an Peace Officer," a Division "B" offense (CCR§ 3323(d)(1)).

**Disposition:** Assessed 150 days forfeiture of behavioral credits, consistent with a Division "B" offense (CCR§ 3323(d)(1)); Assessed 10 days loss of the following privileges: no yard access (to begin 09-05-07 and end 09-15-07); Inmate was counseled, warned and reprimanded.
**Classification Referral:** Referred to ICC for program review.

### Disposition continued on CDC 115C

| REFERRED TO ☐ CLASSIFICATION  ☐ BPT/NAEA | | | | |
|---|---|---|---|---|
| ACTION BY: (TYPED NAME) R. Parin, Lieutenant | | SIGNATURE | DATE 9/6/07 | TIME 1100 |
| REVIEWED BY: (SIGNATURE) G. Ponder, Captain | DATE 1/26/07 | CHIEF DISCIPLINARY OFFICER'S SIGNATURE G. Lewis | DATE 9/7/07 | |
| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) M. L | | DATE 10/1/07 | TIME 1800 |

CDC 115 (7/88)

STATE OF CALIFORNIA
**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTION
PAGE___OF___

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|------------|---------------|------------|-------------|--------------|
| P-58734 | ROJAS | C07-02-0023 | S.V.S.P. | 02/12/07 |

☐ SUPPLEMENTAL ☒ CONTINUATION OF: ☒ 115 CIRCUMSTANCES ☐ HEARING ☐ IE REPORT ☐ OTHER_____

Officer R. Singh provided security coverage, as I placed flex cuffs on ROJAS. Officer Singh and I assisted ROJAS to the standing position and began escorting him to the staging area by walking him backwards. During the escort, ROJAS began violently twisting his upper torso, swinging his elbows wildly left to right. I attempted to keep my grasp on his upper left arm to control the escort, while giving him numerous orders for him to stop resisting. ROJAS continued to violently swing his elbows, striking me on the right side of my ribcage, with his left elbow. In order regain control of the escort, I placed both my hands on his upper back area to gain the leverage necessary to utilize my body weight to force ROJAS onto the ground in a prone position. Once on the ground, ROJAS began shouting, "Get them!". Immediately the remaining unsecured southern Hispanics stood up and began advancing towards the skirmish line. I believed the advancing inmates intended to assault staff based on ROJAS' actions. Several munitions of CN. Gas, O.C. Pepper spray, 37mm 264 wooden baton rounds, 40mm direct impact munitions as well as use of the MEB baton were required to regain compliance for the Hispanic inmates to assume a prone position. One unidentified Hispanic inmate reached the skirmish line, forcing Officer Singh to break away from the escort to defend my position. During this time, ROJAS continued to resist by swinging his elbows and kicking his feet. Due to his assaultive behavior, I was forced to utilize my MK-9 O.C. Pepper spray, spraying him in the upper torso area to gain compliance, with my orders to stop resisting. Based on ROJAS' incendiary presence on the yard, Officer D. Sandoval assisted me in resuming the escort to a temporary holding cell in the Facility "C Health Services Annex. Officer Sandoval and I attempted to place ROJAS into temporary holding cell #2, when he again attempted to assault me. When Officer Sandoval opened the door to the holding cage, ROJAS began to shake his upper body vigorously in a left and right motion. Officer Sandoval lost his grip of ROJAS' left arm and ROJAS was able to break free of my grasp. I attempted to regain control of ROJAS, when he grabbed my right forearm, while his hands were still restrained to the rear by the flex cuffs. While maintaining his hold of my arm ROJAS fell forward, pulling me on top of him. Officer Sandoval regained control of his left arm allowing me to break free from ROJAS' grip. Finally, we were able to secure ROJAS in temporary holding cell #2, without further incident. Due to his disruptive behavior during an emergency, I'm recommending that ROJAS be referred to Unit Classification Committee (UCC) for transfer to another Level 4 institution.

R. Loza, Correctional Officer

| SIGNATURE OF WRITER | | DATE SIGNED 02/23/07 |
|---|---|---|
| | GIVEN BY: (Staff's Signature) | DATE SIGNED 02/23/07 | TIME SIGNED 2000 |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | | | |

CDC 115-C (5/95)

OSP 99 2508

STATE OF CALIFORNIA                                                   DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-58734 | ROJAS | C.C.R. §3005(c) | 02/12/07 | S.V.S.P. | C07-02-0023 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT [x] YES [ ] NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| [ ] I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ | |
| [x] I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ | 2 23 |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| [ ] I REVOKE my request for postponement. | ▶ | |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| [ ] REQUESTED [ ] WAIVED BY INMATE | ▶ | |

| | DATE | NAME OF STAFF |
|---|---|---|
| [ ] ASSIGNED | | |
| [x] NOT ASSIGNED | REASON DNMC | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| [x] REQUESTED [ ] WAIVED BY INMATE | ▶ | 2 23 |

| | DATE | NAME OF STAFF |
|---|---|---|
| [ ] ASSIGNED | | |
| [ ] NOT ASSIGNED | REASON | |

EVIDENCE/INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
[ ] REPORTING EMPLOYEE [ ] STAFF ASSISTANT [ ] INVESTIGATIVE EMPLOYEE [ ] OTHER _____ [ ] NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | [ ] | [ ] | | [ ] | [ ] |
| | [ ] | [ ] | | [ ] | [ ] |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|
| | ▶ | |

| [x] COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) | TIME | DATE 02/7/7 |
|---|---|---|---|

CDC 115-A (7/88)                    — If additional space is required use supplemental pages —                    OSP 03 748

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

# NOTICE OF CLASSIFICATION HEARING
CDC 128 - B1 (Rev 2/95)

| INMATE NAME | CDC NUMBER | TODAY'S DATE |
|---|---|---|
| Rojas | P-58734 | 09-05-07 |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON_____FOR CONSIDERATION OF A
MAJOR PROGRAM CHANGE AS FOLLOWS:

| ☐ TRANSFER | ☐ INCREASE IN CUSTODY | ☐ ASSIGNMENT TO SECURITY HOUSING |
|---|---|---|
| ☐ REMOVAL FROM PROGRAM | ☒ OTHER Program Review | |

REASON:

On 09-05-07 you were found guilty of Rules Violation Report Log # C07-02-0023
for the specific act of "Battery on an Peace Officer."

| STAFF: NAME R. Parin | | Lieutenant |
|---|---|---|

ROUTING INSTRUCTIONS: ORIGINAL - CLASSIFICATION COMMITTEE      COPY - INMATE

**NAME:** Rojas    **CDC#** P-58734    **HOUSING:** D9-110    **CDC 128-B**

Inmate Rojas's (P-58734) privileges are suspended pursuant to the disposition of CDC-115 RVR, Log Number C07-02-0023, and in accordance with CCR§ 3323(b)(1). As a result of this action, Inmate Rojas is subject to the conditions described in CCR§ 3333(a). and his privileges and non-privileges are as follows: **A)** No Yard access: Loss of yard privileges is for **10 Days**, from 09-05-07 until 09-15-07.

**Original:** **Central Records**
**Cc:**        **Facility 'C' Captain**
            **Property Room Officer**
            **Canteen Manager Officer**
            **Housing Unit**
            **Writer**
            **Inmate**

_____
**R. Parin**
**Senior Hearing Officer**
**Facility 'C' Lieutenant**
**Salinas Valley State Prison**

**DATE: 00-00-07**            **(Notice of 10 Days Loss of Yard)**

CDCR - 128B (Rev. 4/74)

NAME and NUMBER    ROJAS, P-58734

Case #SVSP-FCY-07-02-0105, dated 2/12/2007, 115 Log # _____ was forwarded to the Investigative Services Unit (ISU) for referral to the District Attorney's Office. On 8/22/2007, this case was returned to ISU indicating the case has been:

☐ Accepted by the D.A.
☒ Rejected by the D.A.    (Reject dated 8/21/2007)
☐ Declined by I.S.U.

cc:    C-File
       Inmate
       115 Desk
       ISU case file
       Facility CCII

                                                    _____
                                                    ISU STAFF
                                                    Salinas Valley State Prison

Date: 8/22/2007    (DISTRICT ATTORNEY REFERRAL)    GENERAL CHRONO

RECEIVED
AUG 2 3 2007
AW/DISP LEXH

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE ___1___ OF ___2___

| CDC NUMBER P-58734 | INMATE'S NAME Rojas | LOG NUMBER C07-02-0023 | INSTITUTION SVSP | TODAY'S DATE 2-28-07 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☒CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☐HEARING | ☒I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

On 2-28-07, I was assigned as Investigative Employee for CDC-115 Rules Violation Report, Log Number C07-02-0023. I advised Inmate Rojas of my assignment and informed him that as the Investigative Employee, my duties are to act as a fact finder for the Senior Hearing Officer. Inmate Rojas acknowledged that he understood my role as the Investigative Employee and has indicated no objections to my assignment in this capacity. My report Is as follows:

**Defendants Statement:** On this date, 2-28-07, I conducted an interview with Inmate Rojas (CDC# P-58734) regarding the charged offense. Inmate Rojas offered no statement. Inmate Rojas had the following questions for several staff witnesses:

Inmate Rojas had the following questions for LVN H. Sanchez MTA C-Yard:
Q.1.) Exactly where did you examine me for my injuries?
A.1.) You were still in the holding cell in the Health Services Annex.
Q.2.) Were you, or were you not the one who cut the plastic flex cuffs from my wrists because it was obvious that the flex cuffs were cutting circulation from my hands?
A.2.) Yes
Q.3.) On my 7219 did you or did you not circle the "wrists" as being part of my injuries from the lacerations that I sustained due to the flex cuffs being placed to tight on my wrists? If not please explain.
A.3.) No. You didn't have any lacerations on your wrists. You had indentations on your wrists.

Inmate Rojas had the following questions for Officer R. Loza:
Q.1.) When you placed the flex cuffs on me, did you instruct me to place my thumbs up?
A.1.) I don't recall giving those instructions.
Q.2.) What side of me did Officer Singh provide coverage for you, when you were placing the flex cuffs on me?
A.2.) I believe he was on the left side.
Q.3.) Where were you positioned when you assisted me to my feet?
A.3.) I was on the right side when I assisted you to the standing position. When I turned you around to escort you off the yard. I assumed control of your left bicep with my right hand.
Q.4.) Do you recall hearing me say anything? If so what did I say?
A.4.) Yes, you started shouting, "get them."

Inmate Rojas had the following questions for Officer Singh:
Q.1.) When Officer Loza was placing the flex cuffs on me did you physically restrain me? Explain what you were doing please.
A.1.) I didn't physically restrain you during cuffing.
Q.2.) When assisting me to my feet where exactly were you positioned to my body?
A.2.) I was on you left side.
Q.3.) Do you recall hearing me say anything? If so, what did I say?
A.3.) "Fuck you dirty mother fuckers, fuck these pigs up!"

**Reporting Employee's Statement::** On this date, 2-28-07, I interviewed the reporting employee, Officer R. Loza regarding the charges and his recollection of the events of that day. Officer Loza offered the following statement, "On 2-12-07, during a controlled recall of the C-Yard #2 I was escorting Inmate Rojas when he began to violently twist his upper torso. I believe he intentionally tried to assault me when he struck my right rib cage with his left elbow."

**Staff Witness Statement:** On this date, 2-28-07, I interviewed the staff witness, Officer Singh regarding the charges and his/her recollection of the events of that day. Officer Singh offered the following statement, "During the escort Inmate Rojas began violently moving his upper torso back and forth breaking free of my grasp. He continued swinging his upper

| SIGNATURE OF WRITER M. Lukas | TITLE Correctional Officer | DATE NOTICE SIGNED 3/23/07 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: 03/23/07 | TIME SIGNED: 1800 |

STATE OF CALIFORNIA                                      DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C                         PAGE __2__ OF __2__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|------------|---------------|------------|-------------|--------------|
| P-58734 | Rojas | C07-02-0023 | SVSP | 2-28-07 |

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☐HEARING | ☒I.E .REPORT | ☐OTHER |

torso with his hands drawn half way up his back with his elbows pointed out when he struck Officer Loza in the chest area with his left elbow. Physical force was used to forced Inmate Rojas to the ground and restrain control of the escort."

*REGAIN 12*

**Staff Witness Statement:** On this date, 2-28-07, I interviewed the staff witness, Officer Sandoval regarding the charges and his/her recollection of the events of that day. Officer Sandoval offered the following statement, "I helped escort Inmate Rojas into temporary holding cell #2. When he broke free of my grasp by twisting his upper torso violently in a left and right motion. From my vantage point I could not see if Inmate Rojas had a grip on the arm of Officer Loza. However, When Inmate Rojas fell to the ground Officer Loza fell on top of him. Officer Loza was not able to get back up until I helped regain control of Inmate Rojas."

**Investigative Employee's Summation:** On 2-28-07, I was assigned to perform the duties of the Investigative Employee for RVR Log # C07-02-0023. Inmate Rojas did not give a statement however, he did have specific questions for two officers and the LVN. I interviewed all three staff witnesses plus an additional staff witness for additional relevant information. Inmate Rojas did not request any witnesses present at the hearing. Inmate Rojas did request to review the video tape of the incident. Inmate Rojas states he is reserving the right to ask additional questions of staff witnesses pending review of the video.

Inmate Rojas did not request that any staff or inmate witnesses be present at the hearing at the time of this report
Inmate Rojas did request that the Video Tape be produced at the hearing at the time of this report.

This matter is a D.A. Referral. Inmate Rojas was placed in Ad/Seg pending the adjudication of this Rules Violation Report.

| SIGNATURE OF WRITER | | TITLE | DATE NOTICE SIGNED |
|---------------------|--|-------|--------------------|
| M. Lukas | | Correctional Officer | 3/23/07 |

| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: | TIME SIGNED: |
|------------------------------------|-------------------------------|--------------|--------------|
| | | 05/23/07 | 1800 |

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C

PAGE  1  OF  3

| CDC NUMBER P-58734 | INMATE'S NAME Rojas | LOG NUMBER C07-02-0023 | INSTITUTION SVSP | TODAY'S DATE 09-05-07 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☒HEARING | ☐I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Hearing:** Hearing commenced on 09-05-07 at 1117 hours, but was postponed in order to allow 24 hour preparation time after viewing the video tape. Hearing reconvened on 09-06-07.

**Inmate's Health:** Inmate Rojas stated that his health was well and that he was prepared to proceed with the hearing. I introduced myself as the SHO and explained the hearing procedures.

**MHSDS:** Inmate Rojas is **not** a participant in the Mental Health Services Delivery System.

Date of discovery: 02-12-07                     Initial RVR copy issued on: 02-23-07
Hearing Completed on: 09-05-07                  Last document issued to inmate on: 02-27-07
D.A. Postponed date: 02-23-07                   Date D.A. results issued: 08-21-07

**Time Constraints:** All time constraints were met. Inmate Rojas was provided a copy of the CDC Form 115 within 15 days after the discovery of information leading to the charges. Hearing was held within 30 days of the date the inmate was provided a copy of the CDC Form 115. Inmate Rojas acknowledged receiving all documents used for this hearing 24 hours prior to the hearing.

**Staff Assistant (SA):** Inmate Rojas (has GED) does not meet the criteria for the assignment of a staff assistant per CCR§ 3315.

**Investigative Employee (IE):** Inmate Rojas requested and does meet the criteria for the assignment of an Investigative Employee per CCR§ 3315. Officer M. Lukas was assigned. Officer Lukas interviewed Inmate Rojas as a part of the investigative process, gathered information from witnesses, asking each witness specific questions posed by Inmate Rojas and follow up questions posed by the IE for clarification purposes. Office Lukas prepared his report, to include his summation of the facts, and provided a copy of the report to inmate Rojas more than 24 hours prior to this hearing.

**D.A. Referral:** This matter was referred to the Monterey County Attorney's Office. On 02-23-07, Inmat Rojas requested that the hearing be postponed pending outcome of the referral for prosecution. On 08-22-07, a memorandum was received from the Monterey County District Attorney's Office indicating that the case had been rejected for prosecution.

**Evidence Requested or Used:** Video tape evidence was used in the adjudication of this RVR.

**Video or Photo Evidence:** On 09-05-07, Inmate Rojas viewed the video tape of the incident and the hearing was postponed to afford him 24 hour preparation time as noted by his signature on the RVR CDC 115.

**Inmate Plea and Statement:** Inmate Rojas entered a plea of "Not Guilty," stating, "Everything he's saying is a fabrication. I didn't swing or grab him. How could I grab him, my thumbs were pointing up?."

**Witnesses Requested or Provided:** Inmate Rojas requested Inmates Zamora (T-37736), Phineas (V-13124), Rivera (H-92028), Felix (P-21955), Mosqueda (K-35661), Herrera (J-15446), Briceno (K-91638), Garcia (P-77075) as witnesses for the hearing. SHO asked Inmate Rojas what questions would he ask of these witness.

Inmate Rojas provided the following questions:
1) Where were you positioned when Inmate Rojas (P-58734) was being placed in flex cuffs?
Inmate Rojas stated these inmates would state they were facing in his direction. SHO agrees the inmate witnesses would state that they were facing in his direction.

| SIGNATURE OF WRITER R. Parin | | TITLE Correctional Lieutenant | | DATE NOTICE SIGNED 9/6/07 | |
|---|---|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE ☒ | GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED: 10/1/07 | TIME SIGNED: 1800 | |

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C
                                                            PAGE ___2___ OF ___3___

| CDC NUMBER P-58734 | INMATE'S NAME Rojas | LOG NUMBER C07-02-0023 | INSTITUTION SVSP | TODAY'S DATE 09-05-07 |

☐SUPPLEMENTAL  ☐CONTINUATION OF:  ☐CDC 115 CIRCUMSTANCES  ☒HEARING  ☐I.E .REPORT  ☐OTHER

2) When C/O's lifted me up off the ground did I begin to move my upper torso in a left and right motion? Inmate Rojas stated the inmate witnesses would state he did not move his upper torso in a left and right motion when the C/O's lifted him up off the ground, SHO agrees inmate witnesses would state that he did not move his upper torso in a left and right motion when the C/O's lifted him off the ground.

Based on the inmate's questions and stipulated responses, SHO determined it not necessary to call the listed witnesses to the hearing.

Inmate Rojas requested to view all angles of the video footage of cameras on Yard #2. SHO advised Inmate Rojas that he viewed the footage of the incident on 09-05-07. Inmate Rojas stated there are five cameras on Yard #2.

SHO called Sergeant M. Nilsson, Facility "C" yard sergeant as a witness.

**Witness Testimony at Hearing:** SHO asked Sergeant Nilsson the procedures for processing video tape evidence of incidents on the exercise yard.

Sergeant Nilsson stated the video tapes are reviewed after incidents and any footage discovered is processed into evidence per SVSP procedures.

**Classification Referral:** Referred to ICC for program review.

1) Where were you positioned when Inmate Rojas (P-58734) was being placed in flex cuffs? Inmate Rojas stated these inmates would state they were facing in his direction. SHO agrees inmate witnesses would state that they were facing in his direction.
2) When C/O's lifted me up off the ground did I begin to move my upper torso in a left and right motion? Inmate Rojas stated the inmate witnesses would state he did not move his upper torso in a left and right motion when the C/O's lifted him up off the ground. SHO agrees inmate witnesses would state that he did not move his upper torso in a left and right motion when the C/O's lifted him off the ground.

**Confidential Information:** Confidential information was not used in the adjudication of this 115.

**Findings:** Inmate Rojas is found **guilty** of the charged offense of violating CCR§ 3005(c); for the specific act of, "Battery on a Peace Officer," a Division "B" offense (CCR§ 3323(d)(1)). The evidence used to render this finding included:

1.) Rules Violation Report authored by Correctional Officer R. Loza, which states in part, "On Monday, February 12, 2007, at approximately 1515 hours...I responded to a disturbance on the Facility "C" Yard exercise yard...All inmates were compliant with staff instructions to crawl backwards towards the skirmish line...until we reached Inmate Rojas, (P-58734, C5-204)...Rojas refused several direct orders to remain prone and began advancing staff with clenched fists. After several orders to stop and assume a prone position on the ground, Rojas complied...During the escort, Rojas began violently twisting his upper torso, swinging his elbows wildly left to right...Rojas continued to violently swing his elbows, striking me on the right side of my rib cage, with his left elbow...I placed both my hands on his upper back area to gain the leverage necessary to force Rojas onto the ground in a prone position. Once on the ground, Rojas began shouting, 'Get them!'..."

2.) The Crime/Incident Report c-1 Supplemental Log# SVSP-FCY-07-02-0105, authored by Officer R. Loza.

| SIGNATURE OF WRITER R. Parin | | TITLE Correctional Lieutenant | | DATE NOTICE SIGNED 9|6|07 |
|---|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE ☒ | GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED: 10/1/07 | TIME SIGNED: 1800 |

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS

PAGE ___3___ OF ___3___

| CDC NUMBER P-58734 | INMATE'S NAME Rojas | LOG NUMBER C07-02-0023 | INSTITUTION SVSP | TODAY'S DATE 09-05-07 |
|---|---|---|---|---|

| ☐SUPPLEMENTAL | ☐CONTINUATION OF: | ☐CDC 115 CIRCUMSTANCES | ☒HEARING | ☐I.E .REPORT | ☐OTHER |
|---|---|---|---|---|---|

**Conclusion:** Based on the RVR, incident reports and 7219 medical evaluations, this SHO finds the preponderance of the evidence has been met to render and sustain a finding of guilt on the charged offense of violating CCR§ 3005(c); specifically, "Battery on a Peace Officer," a Division "B" offense (CCR§3323 (d)(1)). After viewing the video tape, SHO was unable to observe Inmate Rojas assault staff due to the camera view being an overall view of the yard. The Reporting Employee, Officer Loza and Officer Sandoval clearly describe Inmate Rojas' resistive and assaultive actions during the escort to the Health Annex holding cell. SHO did observe Inmate Rojas on video tape footage of incident clearly get up from the prone position and approach the skirmish line, which necessitated several staff members to respond to his location, simultaneously the remaining inmates in the prone position got up and advanced towards the skirmish line.

**Additional Disposition:** None.

**Enemy Concerns:** There are no enemy concerns related to this disciplinary hearing.

**Appeal Rights:** Inmate Rojas was advised that the disposition of this Rules Violation Report would not become final until approved by the Chief Disciplinary Officer at which time he will receive a final copy of the completed CDC-115. He was also advised of his rights to appeal the findings of this hearing, the methods of appealing, and credit restoration rights pursuant to CCR§ 3327 & 3328, governing the restoration of forfeited credits.

| SIGNATURE OF WRITER R. Parin | TITLE Correctional Lieutenant | DATE NOTICE SIGNED 9 6 07 | |
|---|---|---|---|
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: 10/4/07 | TIME SIGNED: 1850 |