EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CYNTHIA C. FRITZ, State Bar No. 200147
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5793
 Fax: (415) 703-5843
 Email: Cynthia.Fritz@doj.ca.gov

Attorneys for Defendants R. Loza, R. Singh and D. Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JAHIR ALBERTO ROJAS, | C 07-4662 MMC |
|---|---|
| Plaintiff, | DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |
| v. | |
| R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional Officer, | |
| Defendants. | |

I, N. GRANNIS, declare as follows:

1.  I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Inmate Appeals Branch. As part of my duties, I am an authorized custodian of records of the Inmate Appeals Branch. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendant's Motion to Dismiss.

2.  I am familiar with the sections of Title 15 of the California Code of Regulations that

Decl. of N. Grannis in Supp. Mot. to Dismiss                                           Rojas v. Loza, et al.
                                                                                        C 07-4662 MMC

1

govern an inmate appeal. Section 3084.5 describes the levels of appeal that are available to an inmate. Section 3084.5(e)(2) provides that "[t]hird level review constitutes the director's decision on an appeal, and shall be conducted by a designated representative of the Director under supervision of the chief, inmate appeals." Form CDC 602 is used by an inmate when the inmate files an administrative appeal. The Form CDC 602 informs the inmates of how to proceed "if dissatisfied" with a particular level of decision.

3. The director's decision exhausts the administrative remedy available to an inmate within the CDCR. The director's decision also advises an inmate that the decision constitutes the exhaustion of administrative remedies available to the inmate within the CDCR.

4. The Inmate Appeals Branch keeps an electronic record of each inmate appeal that has proceeded through the final level of review, the Director's Level, also referred to as the third level. When an appeal is received by the Inmate Appeals Branch and is accepted for review, it will be given an appeal number and will be logged into the system. The system was commenced in 1993. The following information is kept in the electronic record: appeal log number, the category (nature/subject) of the appeal, institutional log number, inmates' name and CDCR number, institution where the appeal arose, the date that the appeal is received and closed, and the final disposition of the appeal.

5. Inmate-appeal records are made at or near the time that the inmate grievances are investigated and decided, and they are made by a person with knowledge of the matters addressed, or according to information provided by a person with knowledge of those matters. These appeal records are made and kept in the course of regularly conducted activity, as a regular practice.

6. The Inmate Appeals Branch does not keep copies of appeals that have been screened out. These appeals are returned to the inmate with a letter that explains the reason for the screen out and instructs the inmate what to do if the inmate disagrees with the lower-level disposition of the appeal. The Inmate Appeals Branch does, however, keep the following information in the electronic record for screen outs: IAB log number; category (nature/subject) of the appeal; institutional log number of the appeal (if available); inmate name and CDCR number; institution

1 where the appeal arose; date that the appeal is received; date the appeal is screened out; and the reason for the screen out.

7. A search of the computerized system has been conducted under the inmate name Jahir Rojas, CDCR number P-58734.

8. Attached as exhibit A is a true and correct copy of the Inmate Appeals Branch computer printout report of each inmate appeal that was submitted by Inmate Rojas that was accepted and considered for review at the Director's level from 1993 through 2008 or which were screened out from 2000 through 2008.

9. Exhibit A shows inmate appeal bearing institutional log number SVSP-D-07-01389 was screened out twice because it was not completed through the second level of appeal before it was submitted for review at the Director's Level. Therefore, appeal SVSP-C-07-01389 was not exhausted at the Director's Level.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on June 18, 2008.

N. Grannis
Chief, Inmate Appeals Branch

Decl. of N. Grannis in Supp. Mot. to Dismiss

*Rojas v. Loza, et al.*
C 07-4662 MMC

Case 3:07-cv-04662-MMC   Document 16   Filed 07/25/2008   Page 4 of 5

# EXHIBIT A

Inmate Appeals Branch

05/28/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III
### Appellant Appeal History

CDCR Number: P58734

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| P58734 | ROJAS, JAHIR | COR | 01/11/2008 | | |

### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0311269 | DISCIPLINARY | Prior to subcategory | 04/21/2004 | CAL-03-01281 | 07/16/2004 | 07/12/2004 | DENIED |

### Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0311269 | DISCIPLINARY | Prior to subcategory | 03/11/2004 | CAL-03-01281 | 03/11/2004 | | MISSING DOCUMENTATION |
| 0708955 | STAFF COMPLAINTS | Prior to subcategory | 09/14/2007 | SVSP-07-01389 | 10/25/2007 | | APPEAL REJECTED/WITHDRAWN/CAN |
| 5038226 | STAFF COMPLAINTS | Prior to subcategory | 05/02/2007 | SVSP-07-01389 | 05/02/2007 | | MUST BE COMPLETED THROUGH 2ND LEVEL |