**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

July 28, 2008

RE:  CV 07-04662 MMC        JAHIR A. ROJAS-v- R. LOZA

Default is **declined** as to defendants R. Loza, R. Singh, and D. Sandoval on 7/28/08 .

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator