JAHIR A. ROJAS #P58734
C.S.P. CORCORAN 4A-4R #13
P.O. BOX 3476
CORCORAN, CA. 93212-3476
PLAINTIFF, IN PRO PER

**FILED**

AUG 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
— SAN FRANCISCO DIVISION —

| | |
|---|---|
| JAHIR A. ROJAS, <br>     PLAINTIFF, <br> VS. <br> R. LOZA; ET AL., <br>     DEFENDANTS | CASE NO. C07-4662 MMC (PR) <br> DECLARATION OF JAHIR ROJAS IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR DISMISSAL, AN MOTION FOR QUALIFIED IMMUNITY. |

I, JAHIR A. ROJAS, DECLARES AS FOLLOWS:

1. I AM A PRISONER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AT CALIFORNIA STATE PRISON CORCORAN. I AM THE PLAINTIFF IN THIS ACTION. I AM COMPETENT TO TESTIFY TO THE MATTERS SET FORTH HEREIN, AND IF CALLED UPON TO DO SO, I WOULD AND COULD SO TESTIFY. I SUBMIT THIS DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS: MOTION FOR DISMISSAL, AND FOR QUALIFIED IMMUNITY.

2. ON THE DATE OF FEBRUARY 12, 2007 I WAS A PRISONER AT SALINAS VALLEY STATE PRISON AND WAS ASSAULTED BY ABOVE SAID DEFENDANTS.

3. ON THE DATE OF FEBRUARY 12, 2007, PLAINTIFF WAS AWAITING YARD TOWER INSTRUCTIONS TO RECALL FAC. "C" YARD AND CALL PLAINTIFFS BUILDING. WHILE AWAITING, YARD TOWER ANNOUNCED FOR ALL INMATES TO PRONE OUT ON THE GROUND. CORRECTIONAL OFFICERS PROCEEDED TO FORM A SCRIMAGE LINE, AND BEGAN TO INSTRUCT INMATES TO CRAWL BACKWARDS TOWARDS THEIR SCRIMAGE LINE, WHERE

HANDCUFFED INMATES AND PLACED THEM AWAY FROM SCRIMMAGE LINE.

4. WHEN IT CAME TIME TO PLACE RESTRAINTS ON PLAINTIFF, PLAINTIFF YELLED OUT TO CORRECTIONAL OFFICERS THAT HE COULD NOT CRAWL BACKWARDS THE ESTIMATED 70 FT THEY WERE DEMANDING OF HIM, DUE TO HIS PROBLEMATIC RIGHT KNEE

5. PLAINTIFF ATTEMPTED TO STAND UP AND WALK TOWARDS SCRIMMAGE, WAS IMMEDIATELY INSTRUCTED TO "GET DOWN", PLAINTIFF COMPLIED WITH ORDER.

6.) PLAINTIFF WAS FURTHER INSTRUCTED TO LIE FACE DOWN, AND PLACE HIS HANDS ON HIS SIDE. HE COMPLIED.

7). WHEN DEFENDANTS R. LOZA AND R. SINGH APPROACHED PLAINTIFF WHERE HE LAY, DEFENDANT R. LOZA THRUSTED HIS KNEE INTO PLAINTIFF'S BACK CAUSING HIM TO LOSE HIS BREATH. DEFENDANT LOZA THEN PROCEEDED TO LIFT PLAINTIFF OFF GROUND BY FLEXCUFFS, (PRIOR TO LIFTING PLAINTIFF UP, DEFENDANT LOZA PLACED FLEXCUFFS ON PLAINTIFF IN A MANNER WHERE IT IMMEDIATELY CUT OFF SENSATION TO HANDS)

8) WHEN DEFENDANTS R. LOZA AND R. SINGH INITIATED TO TRANSPORT PLAINTIFF TOWARD SCRIMMAGE LINE, PLAINTIFF MADE SUFFOCATED PLEADINGS TO DEFENDANTS FOR THEM TO "STOP JERKING" HIM, BUT DEFENDANTS IGNORED PLAINTIFFS PLEADINGS. AND DUE TO THEIR JERKINGS CAUSED PLAINTIFF TO LOSE HIS FOOTING.

9). AT THIS TIME DEFENDANTS LOZA AND SINGH SLAMMED PLAINTIFF TO THE GROUND WHERE PLAINTIFF LANDED ON HIS LEFT SHOULDER.

10. DEFENDANT R. LOZA THEN DEPLOYED OLEORESIN CAPSICUM PEPPER SPRAY ON PLAINTIFF'S UPPER TORSO. THIS WHILE PLAINTIFF LAY ON HIS STOMACH IN AN UNRESISTIVE MANNER.

11. AT THIS TIME DEFENDANTS R. LOZA AND D. SANDOVAL PROCEEDED TO ESCORT PLAINTIFF OFF FAC."C" YARD, TOWARDS FAC."C" YARD HEALTH ANNEX.

12. ONCE INSIDE HEALTH ANNEX DEFENDANTS R. LOZA AND D. SANDOVAL RAMMED PLAINTIFF INTO A WALL, AND COMMENCED TO ASSAULT HIM WITH CLENCHED FISTS AND FEET, ALL WHILE PLAINTIFF REMAINED SECURED

2

1. WITH HIS HANDS FLEXCUFFED TO THE REAR OF HIM.
2. 13.) PLAINTIFF WAS THEN SWUNG TOWARDS A TABLE CAUSING
3. HIS CHEST TO SLAM ON TOP OF IT. DEFENDANTS LOZA
4. AND SANDOVAL CONTINUED THEIR WANTON ASSAULT BY SADIS-
5. ICALLY AND MALICIOUSLY PUNCHING AND KICKING PLAINTIFF
6. HEAD, FACE AND TORSO, UNTIL A "JOHN DOE" CORRECTIONAL OFFICER
7. INTERVENED AND PUSHED DEFENDANT R. LOZA OFF OF PLAINTIFF
8. CAUSING DEFENDANT SANDOVAL TO DESIST HIS ASSAULT ON
9. PLAINTIFF ROJAS.
10. 14.) THE "JOHN DOE" BEGAN TO SHOUT TO BOTH DEFENDANTS, "NOT
11. RIGHT HERE STUPID MOTHERFUCKERS. NOT RIGHT HERE!"
12. 15.) PLAINTIFF WAS THEN PLACED IN ONE OF THE HOLDING CAGES INSIDE
13. THE HEALTH ANNEX BY THE "JOHN DOE" CORRECTIONAL OFFICER.
14. 16). SHORTLY AFTER ASSAULT PLAINTIFF LATER LEARNED SOME INMATES
15. HAD WITNESSED AND HEARD THE COMMOTION OF THE ASSAULT, AS THERE
16. WAS ADDITIONAL ADJACENT HOLDING ROOMS, TO THE PROXIMITY
17. OF WERE THE ASSAULT TOOK PLACE. (ATTACHED HERE TO AS EXHIBIT).
18. 17.) PLAINTIFF BEGAN YELLING OUT TO THE DEFENDANTS TO CUT THE FLEX-
19. CUFFS OFF HIS WRISTS DUE TO THEIR BEING PLACED SO TIGHT THEY HAD CUT
20. OFF CIRCULATION TO HIS HANDS, BUT TO NO AVAIL PLAINTIFF'S PLEADINGS WERE
21. IGNORED.
22. 18). A FEW HOURS PASSED UNTIL PLAINTIFF WAS FINALLY RELEASED FROM THE FLEXCUFFS AND TREATED
23. FOR HIS INJURIES. (ATTACHED HERE TO AS EXHIBIT).
24. 19. PLAINTIFF WAS THEN HOUSED IN D2-AD-SEG #111, AND FIVE DAYS LATER WAS PULLED OUT OF
25. HIS CELL FOR A "VIDEO CAMERA INTERVIEW" BY A LT. BARROGA. ON THE VIDEO IT CLEARLY SHOWS
26. PLAINTIFFS INJURIES CAUSED BY ABOVE SAID DEFENDANTS.
27. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE
28. FOREGOING IS TRUE AND CORRECT. EXECUTED AT CORCORAN CALIFORNIA ON _____

                                                                    /s/ Jahir Rojas
                                                                    JAHIR ROJAS

3

EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT

JAHIR ALBERTO ROJAS

PLAINTIFF

V.

OF   R. LOZA, D. SANDOVAL

DEFENDANTS

: DECLARATION
: BUD PHINEAS
: CIVIL ACTION NO.

BUD PHINEAS HERE BY DECLARES: THAT ON OR ABOUT THE DATE OF 2-12-07. I WAS IN SALINAS VALLEY STATE PRISON C YARD HEALTH ANNEX/HOBBY SHOP WHEN I SEEN THE AFFORMENTIONED DEFENDANTS ASSAULTING PLAINTIFF ROJAS. WHILE PLAINTIFF WAS UNDER RESTRAINTS (PLASTIC FLEX CUFFS) I WAS IN A HOLDING CAGE THAT WAS FACING DIRECTLY ACROSS A OFFICE NEXT TO THE OFFICE IS A WHITE WALL THAT WAS ALSO IN MY VIEW. THATS WERE I SEEN DEFENDANTS RAM PLAINTIFF UNTO, AND BEGAN STRIKING PLAINTIFF WITH THEIR FISTS TO PLAINTIFF'S UPPER TORSO. ALTHOUGH MY VIEW WAS LIMITED WHEN PLAINTIFF WAS SWUNG TOWARDS THE LEFT OF MY VIEW BY DEFENDANTS, I HEARD FURTHER COMMOTION FROM THE ASSAULT. I SEEN AN ADDITIONAL 4d (CORRECTIONAL OFFICER) COME INTO VIEW, THEN MOVE OUT TO THE LEFT OF MY VIEW. ALSO HEARD SOMEONE YELL OUT "NOT RIGHT HERE STUPID MOTHERFUCKERS" DO NOT KNOW WHO, DUE TO THE AFFORMENTIONED PEOPLE WERE BY THAT TIME OUT OF MY RANGE OF SIGHT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT SOLEDAD CALIFORNIA
[ 07 ] _____
         SIGNATURE

EXHIBIT: H

EXHIBIT

STATE OF CALIFORNIA  
MEDICAL REPORT OF INJURY  
OR UNUSUAL OCCURRENCE

DEPARTMENT OF CORRECTIONS

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SVSP | Charlie | USE OF FORCE  INJURY  (UNUSUAL OCCURRENCE)  PRE AD/SEG ADMISSION | | | 2-10-7 |

| THIS SECTION FOR INMATE ONLY | NAME LAST Rojas | FIRST | CDC NUMBER 158734 | HOUSING LOC. C5-204 | NEW HOUSING LOC. |
|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| 2-10-7 | 02-10-07 | |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL (circle) LITTER WHEELCHAIR AMBULATORY ON SITE | AGE | RACE | SEX |
|---|---|---|---|---|---|---|
| 1830 | 1830 | | | 25 | H | M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

PI OF - first aid given  
pupil equal & reactive to light

| INJURIES FOUND? | YES / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

RN NOTIFIED/TIME  
PHYSICIAN NOTIFIED/TIME

TIME/DISPOSITION

REPORT COMPLETED BY/TITLE (PRINT AND SIGN)   BADGE #   RDOs