# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. 1746)

**FILED**

AUG 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

I, __Jahir A. Rojas #P58734__, declare that I am over 18 years of age and a party to this action. I am a resident of: __California State Prison Corcoran__, in the County of: __King, California__, State of California. My prison address is: __Jahir A. Rojas #P58734-4A.4R.13R P.O. Box 3476 Corcoran CA. 93212-3476__

On __August 21__, 20__08__, I served the attached: __Notice of Opposition to Defendant's Motion to Dismiss and to Qualified Immunity, Declaration of J. Rojas in Support of Opposition, Plaintiff Request for Production of Documents, Admissions, and Interrogatories, and Motion for Appointment of Counsel__

(Describe Document)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named Correctional Institution in which I am presently confined. The envelope is addressed as follows:

__The Honorable Maxine M. Chesney, United States District Judge__
__U.S. District Courthouse Clerk's Office.__
__450 Golden Gate Ave., 16th Floor San Francisco CA. 94102.__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __August 21, 2008__
(Date)        (Declarant's Signature)