EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CYNTHIA C. FRITZ, State Bar No. 200147
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5793
  Fax: (415) 703-5843
  Email: Cynthia.Fritz@doj.ca.gov

Attorneys for Defendants R. Loza, R. Singh, and D. Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAHIR ALBERTO ROJAS,**<br><br>                        Plaintiff,<br><br>v.<br><br>**R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional Officer,**<br><br>                        Defendants. | C 07-4662 MMC<br><br>**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

## INTRODUCTION

On July 25, 2008, Defendants R. Loza, R. Singh, and D. Sandoval (Defendants) filed a Motion to Dismiss. (Court Docket (CD) No. 14.) In their motion, Defendants moved to dismiss Plaintiff's action under the non-enumerated portion of Rule 12(b) due to Plaintiff's failure to exhaust his administrative remedies before filing suit as required under the Prison Litigation Reform Act (PLRA). 42 U.S.C. § 1997e(a). Defendants also moved for qualified immunity. (*Id.*) On August 25, 2008, Plaintiff filed an Opposition to Defendants' Motion to Dismiss. (CD

No. 19.)

## ARGUMENT

### A. Plaintiff's Claim That He Timely Filed His Appeal Is Not Supported by the Evidence.

Defendant asserts that Plaintiff failed to file his appeal, institutional log number SVSP-D-07-01389 timely, over forty-four days after the incident, and therefore failed to exhaust his administrative remedies as required under PLRA. 42 U.S.C. § 1997e(a).

In Plaintiff's opposition, he claims that he submitted the appeal, institutional log number SVSP-D-07-01389, on February 28, 2007, and sixteen-days after the February 12, 2007 incident. (*See* Plaintiff's Opp., CD No. 19, at 11.) Defendants contend that he filed his untimely appeal on March 28, 2007 and well beyond the fifteen-day deadline and failed to properly exhaust his administrative remedies. First, in Plaintiff's Exhibit B. (*See* Defendants' Mot. to Dismiss, CD No. 14, at 7:4-16.) Defendant's contentions are supported by the Plaintiff's Exhibit B that shows on the Inmate Appeals Tracking System that institutional log number SVSP-D-07-01389 was received on March 28, 2007. (*See* Plaintiff's Opp., CD No. 19., Ex. B.) It is also supported by Defendants' submission of Plaintiff's appeal, institutional log number SVSP-D-01389, that shows the stamped received date of March 28, 2007. (*See* Medina Decl., CD 15, Ex. B.) The evidence by both Plaintiff and Defendants supports the conclusion that Plaintiff's appeal was submitted beyond the fifteen-day deadline.

The Court may look beyond the pleadings and decide disputed issues of fact when ruling on Defendant's non-enumerated Rule 12(b) motion for failure to exhaust administrative remedies. *Wyatt v. Terhune*, 315 F.3d 1108, 1119-20 (9th Cir. 2003). In *Woodford v. Ngo*, the Supreme Court held that the PLRA's exhaustion requirement requires the "proper exhaustion" of administrative remedies. *Woodford*, 548 U.S. 81, (2006). "Proper exhaustion demands compliance with an agency's deadlines and other critical procedural rules because no adjudicative system can function effectively without imposing some orderly structure on the course of its proceedings." *Id.*

As such, Plaintiff's argument that he met the required deadline and exhausted his

Def.'s Reply to Plaintiff's Opp. to Mot. To Dismiss

*Rojas v. Loza, et al.*
C 07-4662 MMC

2

1  administrative remedies when the prison officials screened out his appeal for untimeliness is
2  contrary to facts in this case and the controlling case law. *See Woodford*, 548 U.S. 81.

## CONCLUSION

Defendants respectfully requests that the Court dismiss this action since Plaintiff failed to exhaust his available administrative remedies through the requisite third level, and requests qualified immunity for Defendants' actions.

Dated: September 2, 2008

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DAVID S. CHANEY
        Chief Assistant Attorney General

        ROCHELLE C. EAST
        Senior Assistant Attorney General

        MICHAEL W. JORGENSON
        Supervising Deputy Attorney General

*/s/ Cynthia C. Fritz*

        CYNTHIA C. FRITZ
        Deputy Attorney General
        Attorneys for Defendants

20138844.wpd
SF2008401788

Def.'s Reply to Plaintiff's Opp. to Mot. To Dismiss      *Rojas v. Loza, et al.*
                                                                                                                      C 07-4662 MMC

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Rojas v. Loza, et al.**

No.:   **C 07-4662 MMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 8, 2008, I served the attached

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jahir Alberto Rojas, P-58734**
**California State Prison - Corcoran**
**P. O. Box 8800**
**Corcoran, CA 93212**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 8, 2008, at San Francisco, California.

|  T. Oakes  |  /s/ T. Oakes  |
|  Declarant  |  Signature  |

20140831.wpd