EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CYNTHIA C. FRITZ, State Bar No. 200147
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5793
  Fax: (415) 703-5843
  Email: Cynthia.Fritz@doj.ca.gov

Attorneys for Defendants R. Loza, R. Singh, and D. Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAHIR ALBERTO ROJAS,<br><br>                      Plaintiff,<br><br>v.<br><br>R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional Officer,<br><br>                      Defendants. | C 07-4662 MMC<br><br>**DECLARATION OF CYNTHIA C. FRITZ IN SUPPORT OF MOTION TO STAY DISCOVERY** |

I, Cynthia C. Fritz, declare and state:

1. I am employed by the Office of the California Attorney General as a Deputy Attorney General in the Correctional Law Section. I am admitted to practice before this Court and courts of the State of California. I have been assigned to represent Defendants R. Loza, R. Singh, and D. Sandoval (Defendants) in this case. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion to Stay Discovery.

Decl. Fritz Supp. Def.'s Mot. Stay Disc.                                                *Rojas v. Loza, et al.*
                                                                                   C 07-4662 MMC

1     2. On August 22, 2008, Plaintiff served discovery captioned as a First Request for Production of Documents, First Request for Admissions, and a First Set of Interrogatories.

    I declare under penalty of perjury that the foregoing is true and correct. Executed September 5, 2008, at San Francisco, California.

_____
Cynthia C. Fritz

20138124.wpd
SF2008401788

Decl. Fritz Supp. Def.'s Mot. Stay Disc.

*Rojas v. Loza, et al.*
C 07-4662 MMC

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Rojas v. Loza, et al.**

No.:   **C 07-4662 MMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 8, 2008, I served the attached

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY PENDING MOTION TO DISMISS AND MOTION FOR QUALIFIED IMMUNITY**

**DECLARATION OF CYNTHIA C. FRITZ IN SUPPORT OF MOTION TO STAY DISCOVERY**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jahir Alberto Rojas, P-58734**
**California State Prison - Corcoran**
**P. O. Box 8800**
**Corcoran, CA 93212**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 8, 2008, at San Francisco, California.

|                  |                  |
|------------------|------------------|
| T. Oakes         | /s/ T. Oakes     |
| Declarant        | Signature        |

20140837.wpd