IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHIR ALBERTO ROJAS,<br><br>    Plaintiff,<br><br>  v.<br><br>R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional Officer,<br><br>    Defendants.<br>_____ | No. C 07-4662 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 28)** |

      GOOD CAUSE APPEARING, defendants' request for an extension of time to file a dispositive motion is hereby GRANTED. Defendants shall file a dispositive motion no later than April 21, 2009. Within **thirty** days of the date such dispositive motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto. Defendants shall file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

      This order terminates Docket No. 28.

      IT IS SO ORDERED.

DATED: February 19, 2009

_____
MAXINE M. CHESNEY
United States District Judge