1  EDMUND G. BROWN JR.
   Attorney General of California
2  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
3  D. ROBERT DUNCAN
   Deputy Attorney General
4  State Bar No. 161918
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5739
6   Fax:  (415) 703-5843
    E-mail:  Robert.Duncan@doj.ca.gov
7  *Attorneys for Defendants*
   *R. Loza, R. Singh, and D. Sandoval*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAHIR ALBERTO ROJAS,**<br><br>Plaintiff,<br><br>v.<br><br>**R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional Officer,**<br><br>Defendants. | C 07-4662 MMC (PR)<br><br>**[PROPOSED] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JAHIR ALBERTO ROJAS, CDCR #P-58734** |

   Plaintiff Jahir Alberto Rojas, CDCR #P-58734, is a necessary and material witness to the settlement conference scheduled to take place before the Honorable Nandor Vadas on July 6, 2010 at 11:00 a.m. at California State Prison, Solano.  Rojas is currently confined at California Correctional Institution, in Tehachapi, California, in the custody of the Warden.  In order to secure Rojas's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding Rojas's custodian to produce him at California State Prison, Solano, located at 2100 Peabody Road, in Vacaville, California.

1  ACCORDINGLY, IT IS ORDERED that:

2  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,
3  commanding the Warden of California Correctional Institution and the California Department of
4  Corrections and Rehabilitation to produce inmate Jahir Alberto Rojas, CDCR #P-58734, for a
5  settlement conference at California State Prison, Solano, on July 6, 2010 at 11:00 a.m., until the
6  completion of this proceeding or as ordered by the Court, and thereafter to return Rojas to the
7  California Correctional Institution.

8  2. The custodian is further ordered to notify the Court of any change in the custody of
9  Rojas and is ordered to provide the new custodian with a copy of this writ.

10 WRIT OF HABEAS CORPUS AD TESTIFICANDUM

11 To:  The Warden of the California Correctional Institution,

12 YOU ARE COMMANDED to produce inmate Jahir Alberto Rojas, CDCR #P-58734, for a
13 settlement conference at California State Prison, Solano before the Honorable Nandor Vadas on
14 July 6, 2010 at 11:00 a.m., until completion of this proceeding or as ordered by the Court, and
15 thereafter to return Rojas to the California Correctional Institution.

16 FURTHER, you have been ordered to notify the Court of any change in the custody of
17 Rojas and to provide the new custodian with a copy of this writ.

18 IT IS SO ORDERED.

20 Dated:  6/2/10



Judge Nandor J. Vadas

24 SF2008401788
   40459521.doc

2

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum Transport Inmate Rojas     (C 07-4662 MMC (PR))