IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHIR ALBERTO ROJAS, | ) No. C 07-4662 MMC (PR) |
| Plaintiff, | ) **ORDER APPOINTING COUNSEL** |
| v. | ) **AND SCHEDULING CASE** |
| R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional Officer, | ) **MANAGEMENT CONFERENCE** |
| Defendants. | ) |

Plaintiff Jahir Alberto Rojas has requested and is in need of counsel to assist him in the above-titled case, and a volunteer attorney is willing to be appointed to undertake his representation at the request of the Federal Pro Bono Project.

Accordingly, Teresa N. Burlison of Morrison & Foerster, LLP, is HEREBY APPOINTED as counsel for plaintiff in this matter.

Pursuant to the Court's August 3, 2010 order, the stay of proceedings will be lifted as of November 1, 2010.

A Case Management Conference is HEREBY SET for December 3, 2010, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than November 26, 2010.

IT IS SO ORDERED.

DATED: October 4, 2010

_____
MAXINE M. CHESNEY
United States District Judge