IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHIR ALBERTO ROJAS,<br><br>    Plaintiff,<br><br>  v.<br><br>R. LOZA, et al.,<br><br>    Defendants.<br>_____ / | No. C-07-4662 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO FILE REPLY TO COMPLAINT** |

    Before the Court is defendants' "Wavier of Reply and Demand for Jury Trial," filed November 17, 2010.

    In light of the Court's March 8, 2010 order denying defendants' motion for summary judgment, the Court finds plaintiff has a "reasonable opportunity to prevail on the merits." See 42 U.S.C. § 1997e(g)(2).

    Accordingly, defendants are hereby DIRECTED to file, no later than ten court days from the date of the filing of this order, a "reply to the complaint." See id.

    **IT IS SO ORDERED.**

Dated: November 18, 2010

                                            MAXINE M. CHESNEY
                                            United States District Judge