KARL J. KRAMER (CA SBN 136433)
KKramer@mofo.com
MATTHEW S. CHEN (CA SBN 253712)
MChen@mofo.com
EMILY H. SHEFFIELD (CA SBN 269622)
ESheffield@mofo.com
PETER H. DAY (CA SBN 275155)
Pday@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
JAHIR ALBERTO ROJAS

KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN (CA SBN 161918)
Deputy Attorney General
EMILY L. BRINKMAN (CA SBN 219400)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: 415.703.5739
Facsimile: 415.703.5843
E-Mail: Robert.Duncan@Doj.Ca.Gov

Attorneys for Defendants
R. LOZA, R. SINGH, and D. SANDOVAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAHIR ALBERTO ROJAS,<br><br>           Plaintiff,<br><br>    v.<br><br>R. LOZA, Correctional Officer; R. SINGH, Correctional Officer; D. SANDOVAL, Correctional Officer,<br><br>           Defendants. | Case No.   3:07-CV-04662-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER REGARDING PRETRIAL PREPARATIONS**<br><br>The Honorable Maxine M. Chesney |

## **STIPULATION**

As a part of the meet and confer process, the parties agreed to file a stipulation extending the fact discovery cutoff for purposes of taking depositions, the expert discovery deadlines, and the deadlines to file dispositive motions. In order to allow completion of the discovery, the parties stipulate to and request the Court to issue an order modifying the Pretrial Preparation Order ("Scheduling Order"), filed on December 6, 2010 [Docket No. 57]. With the exception of the parties' proposed modifications, described below, the parties stipulate to and request that the Court order no changes to the remaining dates in the Scheduling Order.

Non-Expert Discovery Cutoff. The Scheduling Order provides that fact discovery shall be completed by April 22, 2011. The parties stipulate to and request the Court to order an extension of this date to May 20, 2011 for the purpose of conducting depositions only. The parties stipulate that no further written discovery shall be propounded including requests for admissions, interrogatories, and production of documents under Federal Rules of Civil Procedure 33, 34, or 36 and subpoenas to produce documents under Rule of Civil Procedure 45. This stipulation, however, does not preclude or limit any parties' ability to request or compel further responses to discovery that has already been propounded provided any motion to compel fact discovery is filed on or before the existing deadline of April 29, 2011. *See* N.D. Cal. L.R. 37-3.

Designation of Experts. The Scheduling Order provides for the deadlines as follows:

- Plaintiff/Defendant: No later than May 13, 2011.
- Plaintiff/Defendant: Rebuttal no later than May 27, 2011.

The parties stipulate to and request the Court to order that these deadlines be extended as follows:

- Plaintiff/Defendant: No later than June 3, 2011.
- Plaintiff/Defendant: Rebuttal no later than June 17, 2011.

Expert Discovery Cutoff. The Scheduling Order provides that all expert discovery shall be completed on or before June 15, 2011. The parties stipulate to and request the Court to order an extension of this date to July 6, 2011.

<u>Dispositive Motions</u>.  The Scheduling Order further provides that the last day to file dispositive motions is July 8, 2011.  The parties stipulate to and request the Court to order an extension of this date to July 29, 2011.

All other pretrial dates shall remain the same.

Dated: March 28, 2011

KARL J. KRAMER
MATTHEW S. CHEN
EMILY H. SHEFFIELD
PETER H. DAY
MORRISON & FOERSTER LLP

By:   /s/ Matthew S. Chen
          MATTHEW S. CHEN

Attorneys for Plaintiff
JAHIR ALBERTO ROJAS

Dated: March 28, 2011

KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN
Deputy Attorney General
EMILY L. BRINKMAN
Deputy Attorney General

By:   /s/ D. Robert Duncan
          D. ROBERT DUNCAN

Attorneys for Defendants
R. LOZA, R. SINGH, D. SANDOVAL

**GENERAL ORDER 45 ATTESTATION**

I, Mathew S. Chen, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER MODIFYING ORDER REGADING PRETRIAL PREPARATIONS.  In compliance with General Order 45, X.B., I hereby attest that D. ROBERT DUNCAN has concurred in this filing.

Dated:  March 28, 2011          By:     /s/ Matthew S. Chen
                                        MATTHEW S. CHEN

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: March __31__, 2011

_____
Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER RE PRETRIAL PREPARATIONS
3:07-CV-04662-MMC
pa-1455192

5