IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAHIR ALBERTO ROJAS,

        Plaintiff,
  v.

R. LOZA, et al.,

        Defendants.

No. C 07-4662 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND MOTION TO SHORTEN TIME**

      Pursuant to Civil Local Rule 72-1, (1) plaintiff's "Administrative Request to File Documents Under Seal," filed April 8, 2011, by which plaintiff seeks such leave to file a motion to compel, (2) plaintiff's "Motion to Shorten Time on Hearing of Motion to Compel," filed April 8, 2011, and (3) all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

      The April 29, 2011 hearing before the undersigned is VACATED.

      **IT IS SO ORDERED**.

Dated: April 11, 2011

MAXINE M. CHESNEY
United States District Judge