UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHIR ALBERTO ROJAS,<br><br>      Plaintiff,<br><br>  v.<br><br>R. LOZA, et al.,<br><br>      Defendants.<br>_____/ | Case No. 07-4662 MMC (EMC)<br><br>**ORDER RE PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND PLAINTIFF'S MOTION TO SHORTEN TIME ON HEARING OF MOTION TO COMPEL** |

    The Court's ruling on Plaintiff's Administrative Request to File Documents Under Seal is deferred. The parties shall meet and confer immediately and reach a stipulation as to which documents/pleadings or portions thereof need to be filed under seal. The stipulation or a short joint letter explaining what differences remain shall be filed by April 20, 2011.

    Plaintiff's Motion to Shorten Time is granted in part. Defendants shall file their opposition by April 25, 2011. Plaintiff shall file his reply by April 29, 2011. The matter will be heard at 3:00 p.m. on May 5, 2011.

    IT IS SO ORDERED.

Dated: April 13, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge