KARL J. KRAMER (CA SBN 136433)
KKramer@mofo.com
MATTHEW S. CHEN (CA SBN 253712)
MChen@mofo.com
EMILY H. SHEFFIELD (CA SBN 269622)
ESheffield@mofo.com
PETER H. DAY (CA SBN 275155)
Pday@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
JAHIR ALBERTO ROJAS

KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
D. ROBERT DUNCAN (CA SBN 161918)
Deputy Attorney General
EMILY L. BRINKMAN (CA SBN 219400)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: 415.703.5739
Facsimile: 415.703.5843
E-Mail: Robert.Duncan@Doj.Ca.Gov

Attorneys for Defendants
R. LOZA, R. SINGH, and D. SANDOVAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jahir Alberto Rojas,<br><br>                Plaintiff,<br><br>       v.<br><br>R. Loza, Correctional Officer, R. Singh, Correctional Officer, D. Sandoval, Correctional Officer,<br><br>                Defendants. | Case No.   C 07-4662 MMC (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>The Honorable Edward M. Chen |

1  THE PARTIES STIPULATE THROUGH THEIR COUNSEL OF RECORD AS
2  FOLLOWS:

3      1.   Having met and conferred as required by the Court's April 14, 2011 Order, the
4  parties withdraw the Plaintiff's Administrative Motion to File Documents Under Seal (D.I. 68)
5  and the Defendants' Opposition to Plaintiff's Administrative Motion to File Documents Under
6  Seal (D.I. 75).

7      2.   The parties further agree that Plaintiff's Motion to Compel and the Declaration of
8  Matthew S. Chen in Support of Plaintiff's Motion and Exhibits 1 through 28 (both submitted
9  under seal on April 8, 2011) are to be filed on the public docket for this matter.

10      3.   Nothing in paragraphs 1 or 2 above shall in any way preclude either party from
11  seeking leave from the Court in the future to file documents under seal pursuant to Federal Rule
12  of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5.

Dated: April 19, 2011

KARL J. KRAMER
MATTHEW S. CHEN
EMILY H. SHEFFIELD
PETER H. DAY
MORRISON & FOERSTER LLP

By:   /s/ Emily H. Sheffield
      EMILY H. SHEFFIELD

Attorneys for Plaintiff
JAHIR ALBERTO ROJAS

| | | |
|---|---|---|
| 1 | Dated: April 19, 2011 | KAMALA D. HARRIS |
| | | Attorney General of California |
| 2 | | MICHAEL W. JORGENSON |
| | | Supervising Deputy Attorney General |
| 3 | | D. ROBERT DUNCAN |
| | | Deputy Attorney General |
| 4 | | EMILY L. BRINKMAN |
| | | Deputy Attorney General |
| 5 | | |
| 6 | | |
| 7 | | By:   /s/ D. Robert Duncan |
| | |        D. ROBERT DUNCAN |
| 8 | | Attorneys for Defendants |
| | | R. LOZA, R. SINGH, D. SANDOVAL |
| 9 | | |

**GENERAL ORDER 45 ATTESTATION**

I, EMILY H. SHEFFIELD, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL. In compliance with General Order 45, X.B., I hereby attest that D. ROBERT DUNCAN has concurred in this filing.

Dated: April 19, 2011                          By:     /s/ Emily H. Sheffield
                                                              EMILY H. SHEFFIELD

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: April 22, 2011



_____
Honorable Edward M. Chen
United States

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 07-4662 MMC
pa-1459425