IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAHIR ALBERTO ROJAS,**<br><br>          Plaintiff,<br><br>  v.<br><br>**R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional Officer,**<br><br>          Defendants. | C 07-4662 MMC<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANTS FROM MAY 10, 2011 SETTLEMENT CONFERENCE AND APPROVING TELEPHONIC APPEARANCE FOR CDCR REPRESENTATIVE<br><br>Date:  May 10, 2011<br>Time:  10:00 a.m.<br>Courtroom: F, 15th Floor<br>Judge  The Honorable James Larson<br>Trial Date October 31, 2011<br>Action Filed: September 10, 2007 |

On Defendants' application, the Court finds good cause to excuse Defendants Loza, Singh, and Sandoval's personal appearance at the May 10, 2011 Settlement Conference. The Court also finds good cause to allow the California Department of Corrections and Rehabilitation representative appear telephonically.

IT IS SO ORDERED.

Dated: 5-4-11

                        *[signature]*
                     The Honorable James Larson

1

[~~Proposed~~] Order Excusing Defs. From Settlement Conference (C 07-4662 MMC)