1  KARL J. KRAMER (CA SBN 136433)
   KKramer@mofo.com
2  MATTHEW S. CHEN (CA SBN 253712)
   MChen@mofo.com
3  EMILY H. SHEFFIELD (CA SBN 269622)
   ESheffield@mofo.com
4  PETER H. DAY (CA SBN 275155)
   PDay@mofo.com
5  MORRISON & FOERSTER LLP
   755 Page Mill Road
6  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
7  Facsimile: 650.494.0792

8  Attorneys for Plaintiff
   JAHIR ALBERTO ROJAS
9
   KAMALA D. HARRIS
10 Attorney General of California
   MICHAEL W. JORGENSON
11 Supervising Deputy Attorney General
   D. ROBERT DUNCAN (CA SBN 161918)
12 Deputy Attorney General
   EMILY L. BRINKMAN (CA SBN 219400)
13 Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
14 San Francisco, California 94102-7004
   Telephone: 415.703.5739
15 Facsimile: 415.703.5843
   E-Mail: Robert.Duncan@Doj.Ca.Gov
16
   Attorneys for Defendants
17 R. LOZA, D. SANDOVAL and R. SINGH

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21

22 JAHIR ALBERTO ROJAS,                    Case No.   3:07-CV-04662-MMC

23             Plaintiff,                  **JOINT STIPULATED REQUEST
                                           FOR AN ORDER AND
24       v.                                [PROPOSED] ORDER STAYING
                                           ALL FURTHER PROCEEDINGS
25 R. LOZA, Correctional Officer; R. SINGH, PENDING SETTLEMENT**
   Correctional Officer; D. SANDOVAL,
26 Correctional Officer,                   AND DIRECTIONS TO PARTIES

27             Defendants.                 Ctrm:    7, 19th Floor
                                           The Honorable Maxine M. Chesney
28

1   WHEREAS, the Parties reached an agreement in principle settling their dispute on June 3,
2   2011 and are presently drafting a settlement agreement; and
3   WHEREAS, the Parties wish to avoid the expense of continued litigation while pursuing
4   final settlement;
5   WHEREAS, the parties expect to finalize and close a final settlement agreement
6   promptly, however, in view of expected logistical, procedural, and budgetary constraints of the
7   State of California, a settling party in this action, the Parties project that it may take up to 180
8   days to complete the formal settlement in this matter.
9   WHEREAS, the parties agree that nothing in this stipulation shall preclude either Party
10  from renewing the instant case should the other Party fail to perform its obligations under either
11  the Agreement in Principle or the final settlement agreement.
12  IT IS HEREBY STIPULATED by and among the Parties that Parties hereby jointly
13  request that the Court enter an order staying all proceedings in this matter until the earlier of
14  December 1 , 2011, the Parties fulfillment of their obligations under the final settlement
15  agreement, or such other date as the Court deems appropriate.   Upon the Parties' successful
16  completion of the Final Settlement Agreement, the Parties shall file a joint stipulation dismissing
17  the instant action with the Court.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2011 | KARL J. KRAMER |
| 2 | | MATTHEW S. CHEN |
| | | EMILY H. SHEFFIELD |
| 3 | | PETER H. DAY |
| | | MORRISON & FOERSTER LLP |

By:   /s/ Peter H. Day
           PETER H. DAY

Attorneys for Plaintiff
JAHIR ALBERTO ROJAS

Dated: June 6, 2011        KAMALA D. HARRIS
                           Attorney General of California
                           MICHAEL W. JORGENSON
                           Supervising Deputy Attorney General
                           D. ROBERT DUNCAN
                           Deputy Attorney General
                           EMILY L. BRINKMAN
                           Deputy Attorney General


By:   /s/ Emily L. Brinkman
           EMILY L. BRINKMAN

Attorneys for Defendants
LOZA, SINGH, AND SANDOVAL

**GENERAL ORDER 45 ATTESTATION**

I, Peter H. Day, am the ECF User whose ID and password are being used to file this JOINT STIPULATED REQUEST FOR AN ORDER AND [PROPOSED] ORDER STAYING ALL FURTHER PROCEEDINGS PENDING SETTLEMENT.  In compliance with General Order 45, X.B., I hereby attest that EMILY L. BRINKMAN has concurred in this filing.

Dated: June 6, 2011        By:   /s/ Peter H. Day
                                     PETER H. DAY

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.  Specifically, the above-titled action is
2  hereby STAYED until further court order.  All pretrial deadlines and dates, as well as the
   October 31, 2011 trial date, are VACATED.  The parties are DIRECTED to file a Joint Status
3  Report no later than December 2, 2011.

4

5  Dated:   June 8          , 2011

6                                                    _____
7                                                    Honorable Maxine M. Chesney
                                                     United States District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28