IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHIR ALBERTO ROJAS, | No. C-07-4662 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| R. LOZA, et al., | |
| Defendants. | |

In a Joint Status Report filed December 2, 2011, the parties advised the Court they had settled the above-titled action and expected to file a joint stipulation dismissing the action shortly after December 15, 2011, the date the parties expected a payment to be made to plaintiff.  To date, however, the case remains pending.

Accordingly, the parties are hereby ordered to file, no later than April 6, 2012, a Joint Status Report apprising the Court as to the status of the settlement.

**IT IS SO ORDERED.**

Dated:  March 2, 2012

MAXINE M. CHESNEY
United States District Judge