IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHIR ALBERTO ROJAS,<br><br>  Plaintiff,<br><br>v.<br><br>R. LOZA, Correctional Officer, R. SINGH, Correctional Officer, D. SANDOVAL, Correctional Officer,<br><br>  Defendants. | C 07-4662 MMC (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of R. Loza, R. Singh, and D. Sandoval from this case under Federal Rule of Civil Procedure 41(a), and each party to bear his own attorneys' fees and costs.

Dated: June 16, 2011

_____
JAHIR ALBERTO ROJAS
Plaintiff

Dated: June 20, 2011

MATHEW CHEN by RMD
MATHEW CHEN
Attorney for Plaintiff Rojas

Dated: June 25, 2011  DRD
       July

D. ROBERT DUNCAN
Deputy Attorney General
Attorneys for Defendants Loza, Singh, and Sandoval

IT IS SO ORDERED.

Dated: March 26, 2012

MAXINE M. CHESNEY
United States District Judge

SF2008401788
20301873.doc

2

Stip. & [Proposed] Order for Voluntary Dismissal with Prejudice     Rojas v. Loza, et. al., (C 07-4662 MMC (PR))